UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:08-CV-32-T-26MSS

JOSEPH L. LOPRESTO,

    Plaintiff,

v.

CLIENT SERVICES, INC and
JANE DOE,

    Defendants.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW, the Parties by and through their respective counsel and pursuant to FRCP 41(a)(1) file this Stipulation for Dismissal with Prejudice with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| /s/Dale T. Golden | /s/G. Donald Golden |
| Dale T. Golden | G. Donald Golden |
| FBN: 0094080 | FBN: 0137080 |
| **GOLDEN & SCAZ, PLLC** | **THE GOLDEN LAW GROUP** |
| 2124 W. Kennedy Blvd., Ste. A | 213 N. Parsons Avenue |
| Tampa, Florida 33606 | Brandon, Florida 33510 |
| Counsel for Defendant | Attorneys for Plaintiff |